# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

Case Number: 02-4716

PLAINTIFF:
**Cement Masons' Union Local No. 592 Pension Fund, et al.**

vs.

DEFENDANT:
**Rainbow Construction & Demolition Co., Inc a/k/a Rainbow Construction Co. & Demolition**

For:
Marc Gelman, Esquire
Jennings Sigmond
The Penn Mutual Towers 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES to be served on **RAINBOW CONSTRUCTION & DEMOLITION CO., Inc. a/k/a Rainbow Construction Co. & Demolition, 2533 West Hagert Street, Philadelphia, PA 19132.**

I, Stephen Nardy, being duly sworn, depose and say that on the 10th day of September, 2002 at 7:10 pm, I:

**SUBSTITUTE SERVED** BY LEAVING A TRUE AND CORRECT COPY OF THIS **Summons & Complaint** AT THE WITHIN NAMED PERSON'S USUAL PLACE OF BUSINESS, TO A PERSON THEREIN WHO IS 18 YEARS OF AGE OR OLDER AND WAS IN CHARGE AT THE TIME, AND/OR AUTHORIZED TO ACCEPT, BEING: **Evelyn Way** , TITLE: **Owner of Rainbow Construction** AND INFORMING SAID PERSON OF THE CONTENTS THEREOF.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Af-American, Height: 5'6, Weight: 150, Hair: Blk, Glasses: N

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

**Stephen Nardy**
Process Server

Subscribed and Sworn to before me on the 12th day of September, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

**TALONE & ASSOCIATES**
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2002002494

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5c