UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CEMENT MASONS' UNION LOCAL NO. 592 ) <br>    PENSION FUND, et al                                   ) <br>                                                         ) <br>                             Plaintiffs     ) <br> v.                                                 ) <br>                                                         ) <br> RAINBOW CONSTRUCTION & DEMOLITION ) <br>   CO., INC., a/k/a Rainbow Construction Co. ) <br>   & Demolition                                 ) <br>                                                         ) <br>                             Defendant     ) | CIVIL ACTION NO.: <br> 02-4716 |

**REQUEST TO CLERK TO ENTER DEFAULT**
**PURSUANT TO FED. R. CIV. PRO. 55(a)**

      You will please enter a default on Defendant Rainbow Construction & Demolition Co., Inc., a/k/a Rainbow Construction Co. & Demolition for failure to plead or otherwise defend the Complaint filed on July 17, 2002, as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Shelley R. Goldner.

                                                    Respectfully submitted,

                                                    JENNINGS SIGMOND, P.C.

                                                    BY:s/SHELLEY R. GOLDNER_____
                                                        SHELLEY R. GOLDNER, ESQUIRE
                                                        (I.D. NO. 32896)
                                                        The Penn Mutual Towers, 16th Floor
                                                        510 Walnut Street, Independence Square
                                                        Philadelphia, PA 19106-3683
                                                        (215) 351-0644
DATED: November 20, 2002                     Attorney for Plaintiffs

107311-1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CEMENT MASONS' UNION LOCAL NO. 592 ) | |
|   PENSION FUND, et al               ) | |
|                                          ) | CIVIL ACTION NO.: |
|                           Plaintiffs        ) | 02-4716 |
| v.                                    ) | |
|                                          ) | |
| RAINBOW CONSTRUCTION & DEMOLITION ) | |
|   CO., INC., a/k/a Rainbow Construction Co. ) | |
|   & Demolition                           ) | |
|                                         ) | |
|                           Defendant        ) | |

**DECLARATION OF SHELLEY R. GOLDNER, ESQUIRE**
**FOR ENTRY OF DEFAULT**

Shelley R. Goldner, Esquire, having been first duly sworn according to law, hereby deposes and states as follows:

I am the attorney for the Plaintiffs in the above-entitled action.

The Complaint and Summons in this action were served on the Defendant, Rainbow Construction & Demolition Co., Inc., a/k/a Rainbow Construction Co. & Demolition by Stephen Nardy, Process Server, who served the Defendant by handing the Summons and Complaint to Evelyn Way, Owner, at 2533 West Hagert Street, Philadelphia, PA 19132 on September 10, 2002 as appears from the Affidavit of Service of Complaint which has been docketed with the Court. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

The Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended.

107311-1

The Defendant is neither an infant nor incompetent person and is not in the military service.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Executed on:   November 20, 2002        s/SHELLEY R. GOLDNER_____
                                        SHELLEY R. GOLDNER, ESQUIRE

107311-1                                2

## **CERTIFICATE OF SERVICE**

I, SHELLEY R. GOLDNER, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Rainbow Construction & Demolition Co., Inc.
2533 West Hagert Street
Philadelphia, PA 19132

s/SHELLEY R. GOLDNER_____
SHELLEY R. GOLDNER, ESQUIRE

DATE: November 20, 2002

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM

107311-1