# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CEMENT MASONS' LOCAL NO. 592 PENSION FUND, et al. | : :  : CIVIL ACTION |
| Plaintiffs | : : NO.: 02-4716 |
| v. | : : |
| RAINBOW CONSTRUCTION & DEMOLITION, CO., INC. a/k/a RAINBOW CONSTRUCTION CO. & DEMOLIATION | : : : : : |
| Defendant | : |
| and | : : |
| FLEET BANK | : |
| Garnishee | : |

## PRAECIPE TO DISSOLVE ATTACHMENT AGAINST GARNISHEE FLEET BANK

TO THE CLERK:

Kindly dissolve the attachment against Garnishee, Fleet Bank in the above-captioned matter.

JENNINGS SIGMOND, P.C.

By:   s/ SHELLEY R. GOLDNER
SHELLEY R. GOLDNER (I.D. NO.: 32896)
510 Walnut Street, Suite 1600
Philadelphia, PA 19106-3683
(215) 351-0644

Date: September 10, 2004

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM

140707-1