IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CEMENT MASONS LOCAL NO. 592 PENSION FUND, et al. | : : | |
|     Plaintiff, | : : | CIVIL ACTION |
| v. | : : | |
| RAINBOW CONSTRUCTION & DEMOLITION CO., INC. a/k/a RAINBOW CONSTRUCTION CO. and DEMOLITION | : : : : | NO. 02-4716 |
|     Defendant. | : | |

**O R D E R**

AND NOW, this      day of December, 2004, IT is hereby ORDERED that plaintiff's motion for a special appointment to service process is dismissed as moot.

BY THE COURT:

_____
Fullam, Sr. J.