UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CEMENT MASONS' UNION LOCAL NO. 592 PENSION FUND, *et al.* | : : : | CIVIL ACTION |
| Plaintiffs | : : | |
| v. | : : | |
| RAINBOW CONSTRUCTION & DEMOLITION CO., INC. | : : : | |
| Defendant | : | NO. 02-CV-4716 |

### WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Sanford G. Rosenthal, Esquire as counsel for Plaintiffs in the above-captioned matter.

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

        BY: s/ Sanford G. Rosenthal
           SANFORD G. ROSENTHAL
           Bar No. 478737
           The Penn Mutual Towers, 16th Floor
           510 Walnut Street
           Philadelphia, PA 19106-3683
           (215) 351-0674

Date: April 23, 2008

195021