## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, Esquire, state under penalty of perjury that I caused a copy of the foregoing Withdrawal of Appearance to be served electronically via the CM/ECF System or acceptable electronic mail and/or placed in the U.S. mail with postage for first class delivery and/or fax on the date set forth below addressed to:

RAINBOW CONSTRUCTION &
DEMOLITION CO., INC.
a/k/a RAINBOW CONSTRUCTION CO.
& DEMOLITION
7122 Germantown Avenue, 2nd Floor
Philadelphia, PA 19119

                                              s/ Sanford G. Rosenthal
                                              SANFORD G. ROSENTHAL

Date: April 23, 2008

195021