UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CEMENT MASONS' UNION LOCAL NO. 592 PENSION FUND, *et al.* | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| RAINBOW CONSTRUCTION & DEMOLITION CO., INC. | : | |
| | : | |
| Defendant | : | NO. 02-CV-4716 |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Judith A. Sznyter, Esquire, as counsel for the Plaintiffs in the above-captioned matter.

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

          BY: s/ Judith A. Sznyter
             JUDITH A. SZNYTER
             Bar No. 91135
             The Penn Mutual Towers, 16th Floor
             510 Walnut Street
             Philadelphia, PA 19106-3683
             (215) 351-0641

Date: April 23, 2008

195021