IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CEMENT MASONS' UNION LOCAL NO. 592 PENSION FUND, CEMENT MASONS' UNION LOCAL NO. 592 WELFARE FUND, GENERAL BUILDING CONTRACTORS ASSOCIATION, INC. INDUSTRY ADVANCEMENT PROGRAM, CEMENT MASONS' UNION LOCAL NO. 592 POLITICAL ACTION COMMITTEE, CEMENT MASONS' UNION LOCAL NO. 592 JOINT APPRENTICESHIP TRAINING FUND, CEMENT MASONS' UNION LOCAL 592 OF PHILADELPHIA, PA; and MIKE FERA, a fiduciary 2501 Snyder Avenue Philadelphia, PA 19145 | CIVIL ACTION |
| Plaintiffs | |
| v. | |
| RAINBOW CONSTRUCTION & DEMOLITION CO., INC. a/k/a RAINBOW CONSTRUCTION CO. & DEMOLITION 7122 Germantown Avenue, 2nd Floor Philadelphia, PA 19119 | NO: 02-4716 |
| Defendant | |



### REQUEST FOR WRIT OF REVIVAL OF JUDGMENT AGAINST RAINBOW CONSTRUCTION & DEMOLITION CO., INC. a/k/a RAINBOW CONSTRUCTION CO. & DEMOLITION

TO:  Michael E. Kunz, Clerk
United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Please issue a Writ of Revival of Judgment entered on May 28, 2003, and indexed in the

Judgment Index against RAINBOW CONSTRUCTION & DEMOLITION CO., INC. a/k/a RAINBOW CONSTRUCTION CO. & DEMOLITION in the amount of $9,479.78 plus interest from May 28, 2003, as provided by 29 U.S.C. §1132(g)(2) and 26 U.S.C. §6621.

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

                _____
                JUDITH A. SZNYTER (ID NO. 91135)
                The Penn Mutual Towers, 16th Floor
                510 Walnut Street
                Philadelphia, PA 19106
                (215) 351-0641
                Attorney for Plaintiffs

Dated: 4/24/08